STEVEN W. MYHRE, SBN NV 9635
Acting United States Attorney
District of Nevada

JENNIFER A. KENNEY, SBN CA 241625
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8945
Facsimile: (415) 744-0134
E-Mail: jennifer.a.kenney@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMY C. SCHAUS CASTANO,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:17-cv-00671-JAD-CWH<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME**<br>(*FIRST REQUEST*) |

Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her response to the Complaint, due on June 5, 2017, by 30 days, through and including July 5, 2017.

Defendant's counsel was just reassigned to this case yesterday and needs the additional time to review the record and prepare Defendant's response to the Complaint. This request is made in good faith with no intention to unduly delay the proceedings.

Counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to the extension, on June 1, 2017.

-1-

Respectfully submitted this 1st day of June 2017.

        STEVEN W. MYHRE
        Acting United States Attorney

        */s/ Jennifer A. Kenney*
        JENNIFER A. KENNEY
        Special Assistant United States Attorney

OF COUNSEL:

DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX

        IT IS SO ORDERED:

        _____
        UNITED STATES MAGISTRATE JUDGE

        DATED: June 5, 2017

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I, **JENNIFER A. KENNEY,** certify that the following individual was served with a copy of the **UNOPPOSED MOTION FOR EXTENSION OF TIME** on the date and via the method of service identified below: |
| 3 | |
| 4 | **CM/ECF:** |
| 5 | Gerald Welt |
| | Gerald M. Welt, Chtd. |
| 6 | 703 S. 8th St. |
| | Las Vegas, NV 89101 |
| 7 | 702-382-2030 |
| | Fax: 702-684-5157 |
| 8 | Email: gmwesq@weltlaw.com |
| 9 | Marc V Kalagian |
| | Rohlfing & Kalagian, LLP |
| 10 | 211 E. Ocean Blvd. |
| | Suite 420 |
| 11 | Long Beach, CA 90802 |
| | (562) 437-7006 |
| 12 | Fax: (562) 432-2935 |
| | Email: marc.kalagian@rksslaw.com |

Dated this 1st day of June 2017.

> */s/ Jennifer A. Kenney*
> **JENNIFER A. KENNEY**
> Special Assistant United States Attorney